UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LINDA L. BOUR**, | Case No. 1:15 CV 1253 |
| Plaintiff, | Judge Dan Aaron Polster |
| v. | REPORT AND RECOMMENDATION |
| **COMMISSIONER OF SOCIAL SECURITY,** | Magistrate Judge James R. Knepp II |
| Defendant. | |

On May 21, 2015, the Defendant answered Plaintiff's complaint and filed an electronic copy of the administrative record in this case. (Docs. 10 & 11). The Court then entered an Order on July 9, 2012 detailing the briefing schedule to which Plaintiff had to comply; she had 30 days from the date of the Order to complete her merits brief. (Doc. 15). On August 21, 2015, the Court entered another order granting Plaintiff 14 days from the date of the Order to file her brief on the merits or to show cause why the case should not be dismissed for want of prosecution. Plaintiff did not file a brief on the merits or show cause for her failure to do so.

Accordingly, the undersigned recommends the case be dismissed for want of prosecution. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-632 (1962) (recognizing district courts have the inherent authority to sua sponte dismiss an action for lack of prosecution).

                                                 s/James R. Knepp II
                                                 United States Magistrate Judge

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of service of this notice. Failure to file objections within the specified time WAIVES the right to appeal the Magistrate Judge's recommendation. *See U.S. v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).