UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LINDA L. BOUR, ) | CASE NO. 1:15-cv-01253-DAP |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| vs. ) | **ORDER ADOPTING REPORT** |
| ) | **AND RECOMMENDATION** |
| COMMISSIONER OF SOCIAL SECURITY,) | |
| ) | |
| Defendant. ) | |

Before the Court is the Report and Recommendation of Magistrate Judge James R. Knepp II ("R & R"), Doc #. 17, which recommends that the case be dismissed for want of prosecution. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630–32 (1962). A copy of the R&R was mailed to Bour on September 23, 2015. It is now October 13, and Bour has yet to file any objection to the R&R.

Under the relevant statute,

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). The failure to timely file written objections to a Magistrate Judge's R&R

constitutes a waiver of the right to obtain a de novo review of the R&R in the district court. *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). The failure to file written objections also results in a waiver of the right to appeal. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

The Court has reviewed the Magistrate Judge's R & R. The Court agrees with the Magistrate Judge that the record demonstrates that Bour has failed to prosecute her claim. Accordingly, the Court ADOPTS the Magistrate Judge's R&R, Doc. # 17, and DISMISSES the case for failure to prosecute.

**IT IS SO ORDERED.**

*/s/ Dan A. Polster     Oct. 13, 2015*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**